OCT 26 2023 AM10:51
FILED - USDC - FLMD - OCA

United States District Court
For the Middle District of Florida, Ocala Division

Angel E. Gaston
Plaintiff

V.                                    Case No.: 5:23-CV-00056-PGB-PRL

City of Leesburg, et al.
Defendant(s)

## Notice to the Court of Errors in the Civil Docket for this Case

I, Angel E. Gaston (Plaintiff), come before this honorable court to give notice of three errors in the courts civil docket for this case. I became aware of these errors after receiving a copy of the courts civil docket on 10/11/2023. I ask the court to please have the clerk of court adjust the courts civil Docket to reflect the correct information in this case. The three errors in the Civil docket are the following:

1.) Defendants Michael A. Graves, Andrew L. Barthelemy, Dr. Patrick J. Ward, and Howard Lawrence, which were mentioned in the original complaint (Document #1), were all dropped from this cause by the Amended Complaint (Document #12) filed on 3/13/2023. The Courts Civil docket erroneously still has these four individuals listed as active defendants, when they should have been "Terminated" with the other defendants on 3/13/2023.

2.) The civil docket has erroneously listed the "Demand" as being #1,900,000. The correct "Demand" is $6,508,496. Please reference Relief section VI, sub sections A-D in the Amended complaint (Document #12). (See Exhibit "A" for a Demand Summary of these sections)

3.) I, Angel E. Gaston, am demanding a trial by Jury.
   Please have the Courts Civil docket reflect this Jury demand.

In Summary, I am giving Notice to the Court of 3 errors in the Courts Civil docket. I became aware of these errors upon receiving a copy of the Courts Civil docket on 10/11/2023; and I am asking the Court to have the Clerk of Court adjust these errors in the civil docket to reflect the correct information for this case.

## Certificate of service.

Please Note: this notice to the Court has not been sent to any of the defendants since none of the defendants have been officially served by the U.S. Marshalls in this case.

Respectfully Submitted

Angel E. Gastón
Date: 10/16/2023
Palm Beach County
West Detention Center
Cell#D-2 : Jacket #0473500
P.O. Box 1450
Belle Glade, FL 33430

p.g. 2 of 2

# EXHIBIT "A"

Exhibit "A"

## VI. Relief

### A.) Demand Summary

sub section

A.1 → $345,000

A.2 → $\underline{+\ 345,000}$
$690,000

A.3 → $\underline{+\ 345,000}$
$1,035,000

A.4 → $\underline{+\ 230,000}$
$1,265,000

A.5 → $\underline{+\ 345,000}$
$1,610,000 ← Total Demand for Sub Section A

### B.) Demand Summary

sub section

B.1 → $43,125
$\underline{\times\ 8}$ ← named defendants in this Sub Section
$345,000

B.2 → 28,750
$\underline{\times\ 8}$ ← named defendants in this Sub Section
$230,000

B.3 → $230,000

B.4 → $57,500
$\underline{\times\ 8}$ ← named defendants in this Sub Section
$460,000

B.5 → $21,562
$\underline{\times\ 8}$ ← named defendants in this Sub Section
$172,496

B.6 → $71,875
$\underline{\times\ 8}$ ← named defendants in this Sub Section
$575,000

| Demand | Sub section |
|---|---|
| $345,000 | B.1 |
| + 230,000 | B.2 |
| $575,000 | |
| + 230,000 | B.3 |
| $805,000 | |
| + 460,000 | B.4 |
| $1,265,000 | |
| + 172,496 | B.5 |
| $1,437,496 | |
| + 575,000 | B.6 |
| $2,012,496 | ← Total demand for Sub Section B |
| + 345,000 | C |
| $2,357,496 | |
| + 1,610,000 | A |
| $3,967,496 | ← Total Federal Demand in this Complaint. |

Please Note: these figures are all stated in the Amended Complaint (Document #12) Filed on 3/13/2023.

P.g. 1 of 2

D.) Demand Summary

Sub Section

D.1 → $14,375
$\times$ 8 ← named defendants in this sub section
$115,000 (compensatory damages)

Sub Section

D.1 → $32,000
$\times$ 8 ← named defendants in this sub section
$256,000 (Punitive damages)

D.2 → $287,500

D.3 → $57,500
$\times$ 3 ← named defendants in this sub section
(compensatory damages)

D.3 → $230,000
$\times$ 3 ← named defendants in this sub section
$690,000 (Punitive damages)

D.4 → $14,375
$\times$ 8 ← named defendants in this sub section
(Compensatory damages)

D.4 → $43,125
$\times$ 8 ← named defendants in this sub section
$345,000 (Punitive damages)

D.5 → $12,500
$\times$ 8 ← named defendants in this sub section
(compensatory damages)

D.5 → $57,500
$\times$ 8 ← named defendants in this sub section
$460,000 (Punitive damages)

Demand (compensatory)
sub section

$115,000 — D.1
+ 287,500 — D.2
$402,500
+ 172,500 — D.3
$575,000
+ 115,000 — D.4
$690,000
+ 100,000 — D.5
$790,000 ← Total demand for compensatory damages in Section D

Demand (Punitive)
sub section

$256,000 — D.1
+ 690,000 — D.3
$946,000
+ 345,000 — D.4
$1,291,000
+ 460,000 — D.5
$1,751,000 ← Total demand for Punitive damages in section D

$1,751,000 ← Total Punitive damages in section D
+ 790,000 ← Total Compensatory damages in section D
$2,541,000 ← Total State Torts demand in this complaint.

$3,967,496 ← Total Federal demand
+ 2,541,000 ← state Tort demand (supplemental Jurisdiction)
$6,508,496 ← Total "Demand" in this complaint.

p.g 2 of 2